UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| VICTOR SALAZAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RANDY BLADES; DAVINA LAU; DEPUTY WARDEN CHRISTENSEN; IDOC INVESTIGATOR BONGIOVI; IDOC INVESTIGATOR MAES; and KEVIN KEMPF<br><br>　　　　Defendants, | Case No.: 1:16-CV-00041-REB<br><br>**ORDER ADOPTING STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br>**(Docket No. 86)** |

　　　　Pending before the Court is the parties' Stipulation to Extend Dispositive Motion Deadline (Docket No. 86). Good cause appearing, IT IS HEREBY ORDERED that the deadline to file dispositive motions is extended to August 5, 2019. No additional extensions will be granted, absent extraordinary circumstances. Additionally, on or before July 8, 2019, the parties shall file a joint status report, indicating the progress of the "continuing settlement negotiations" as referenced in the parties' Stipulation, as well as the overall status of the action moving forward. No other amendments exist unless otherwise ordered by the Court.

DATED: June 6, 2019

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER ADOPTING STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE - 1**